Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Abante Rooter & Plumbing, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abante Rooter & Plumbing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Farmers Group, Inc. d/b/a Farmers Insurance,<br><br>Defendant. | **Case No.: 4:17-cv-03315-PJH**<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. PHYLLIS J. HAMILTON** |

    Plaintiff ABANTE ROOTER & PLUMBING, INC. and Defendant FARMERS INSURANCE GROUP, INC., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice, including all claims and counterclaims stated herein, with each party to bear its own attorney's fees and costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and

dismissal of this putative class action because the dismissal concerns individual claims and no class has been certified.

Dated: March 30, 2018            **HYDE & SWIGART, APC**

By: s/Yana A. Hart,
    Yana A. Hart, Esq.
    *Attorney for Plaintiff*

Dated: March 30, 2018            **LOCKE LORD, LLP**

By: s/Phillip Hosp
    Phillip Hosp, Esq.
    *Attorney for Defendant*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Phillip Hosp, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: March 30, 2018　　　　　　　　　　**HYDE & SWIGART**

　　　　　　　　　　　　　　　　　　　By: s/Yana A. Hart
　　　　　　　　　　　　　　　　　　　　　Yana A. Hart, Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*