# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abante Rooter & Plumbing, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Farmers Group, Inc. d/b/a Farmers Insurance,<br><br>Defendant. | Case No.: 4:17-cv-03315-PJH<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS |

The Joint Stipulation of Dismissal is hereby approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: __March 30, 2018__         By: _____
                                      Phyllis J. Hamilton
                                      United States District Judge